IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 DEC 19 PM 1:25

CLERK_____
SO. DIST. OF GA.

THE UNITED STATES OF AMERICA,      )
                                   )
            Plaintiff,             )
                                   )
      v.                           )  6:18CR14
                                   )
NOAH QUINN POPE,                   )
                                   )
            Defendant.             )

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary. All motions are dismissed.

SO ORDERED, this __19th__ day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA